FILED

08/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0611

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0611

_____

IN THE MATTER OF THE ADOPTION OF
C.M.C,

D.C. and J.C.,

      Petitioners and Appellees,

   and

C.S.,

      Respondent and Appellant.

O R D E R

_____

Counsel for Appellant has filed a motion to seal the Opinion in this matter pursuant to M. R. App. P 10(6). Counsel for Appellee does not oppose the motion.

Upon consideration of Appellant's motion, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. The Clerk is directed to seal the Opinion filed on July 16, 2024, pending consideration of the Petition for Rehearing and further order from the Court..

The Clerk is directed to provide a copy of this Order to counsel of record

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 6 2024